**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | :**CRIM.  NO:1:07-CR-18 (WLS)** |
| **vs.** | : |
| | : |
| **FRANK  R.  McCOY** | : **18 U.S.C. § 1462** |
| | : |

### UNITED STATES BENCH MEMORANDUM

COMES NOW, the United States of America, by and through the United

States Attorney for the Middle District of Georgia, and submits the following

Bench Memorandum as an aid to the Court in the trial of the above-captioned

matter:

**I.     Offense Charged in the One Count Indictment:**

**A.   Transportation of Obscene Matters:**

**18 U.S.C. §§ 1462 and 2[1]**

**Elements of the offense:**

1)     That the defendant knowingly used or caused to be used an interactive

computer service for carriage in interstate or foreign commerce the matter charged

---

[1] *See United States v. Hair*, 178 Fed.Appx. 879 (11th Cir. 2006) (defendant properly charged with and convicted of aiding and abetting the transmission of child pornography where defendant sent emails to undercover law enforcement agent that contained links to Yahoo! briefcase that contained child pornography files.)

in the indictment;

> 2)       That the defendant knew, at the time of such use,
>
>          the sexually oriented nature of the matter; and
>
> 3)       That the matters were obscene.[2]

## II.  Factual Overview:

Some five years ago, on November 30, 2004, in this Court, Michael Aaron

O'Keefe, a former high school teacher and a resident of Albany, Georgia, was

convicted after a jury trial of advertising child pornography, receiving child

pornography, and possessing child pornography.  O'Keefe was subsequently

sentenced to 210 months imprisonment.

During the trial, evidence was presented that O'Keefe had downloaded onto

a computer located in his Albany residence 18 stories describing in explicit and

graphic detail the sexual abuse, rape, and murder of children from the website

www.young-stuff.com/frank.  The Department of Homeland Security, Immigration

---

[2] Material is obscene if: 1) the average person, applying contemporary community standards, would find that the material taken as a whole appeals to the prurient interest; 2) the average person, applying contemporary community standards, would find that the material depicts or describes sexual conduct in a patently offensive way; and 3) a reasonable person would find, taking the material as a whole, that it lacks serious literary, artistic, political or scientific value.  *Miller v. California*, 413 U.S. 15 (1973).  The Supreme Court has stated that expression by words alone can be obscene, stating that "When the Court declared that obscenity is not a form of expression protected by the First Amendment, no distinction was made as to the medium of the expression.  Obscenity can, of course, manifest itself in conduct, in the pictoral representation of conduct, *or in the written and oral description of conduct*."  *Kaplan v. California*, 413 U.S. 115, 118-19 (1973) (citations omitted and emphasis added).

and Customs Enforcement ("DHS-ICE") subsequently began an investigation into the www.young-stuff.com/frank website.  The government expects to tender the 18 stories originally downloaded by O'Keefe into evidence, and further, to request the Court in its capacity as finder of fact to return a special verdict as to each story.  The government will tender other stories into evidence for the Court's consideration, but will not ask the Court to return as special verdicts as to each of them.

### The March 22, 2005 Download of McCoy's Stories:

On March 22, 2005, in Albany, Georgia, DHS-ICE Special Agent Cory E. Brant and Jim Fotrell, a computer forensics specialist with the High Technology Investigative Unit (HTIU) of the Child Exploitation and Obscenity Section (CEOS) of the United States Department of Justice accessed and downloaded the contents www.young-stuff.com/frank website.  This material, consisting of 3,090 pages, was provided to defense counsel in August 2008.  Both SA Brant and Mr. Fotrell are expected to testify at trial.

The www.young-stuff.com/frank website homepage included the following statements, among others:

> This is the private page of Frank McCoy, containing his stories
> and helpful information.
> Who IS this Frank McCoy guy anyway?
> Frank McCoy is a man who started writing sex stories for his

own enjoyment, and later started publishing them on the internet (in alt.sex.stories) when he found out that other people were interested in reading them.

His stories mostly involve incest, (family members having sex) pedophilia, (young children having sex) pregnancy (yes, having babies) and quite often several other quirks as well.  These stories (with a few notable exceptions) are usually completely consensual (That means that all parties involved want to do whatever they are doing.) and are basically love-stories. Even though most people might consider this "abuse," nobody (with the above noted exceptions) gets abused in his stories. If a little girl has sex, (gets fucked) it's because she wants to get fucked, and asks for it.

These stories are available as .ZIP files, [here]

For those who ask nicely Frank will send up to three stories, if specifically asked for by name or otherwise specifically identified, by searching his archive. Frank is not a public archive like the backdrop club, and is only doing this when he is the archive of last-resort.

Finally, we want to express our gratitude to those people hosting this site. Frank's original server wanted more money than most people spend in a year on the internet, per-month! just to continue carrying the site, because it was getting too much traffic. For just a service to Frank's readers, it was too much.

For those interested, Frank DOES have his own personal website; but it is deliberately not linked (forward or backward or on the same site) with this one. Write if interested (Specify you want his PERSONAL website, not his story site).

Frank can be reached at: mccoyf@millcomm.com (Frank McCoy)

The stories the agents downloaded from McCoy's website included the 18 stories previously downloaded by O'Keefe. These stories describe in explicit and graphic detail the sexual abuse, rape, and murder of children.

On the same date, March 22, 2005, in Albany, Georgia, SA Brant, in an undercover capacity, sent an email to mccoyf@millcomm.com stating "saw ur site off of yung stuf and wanted to get access to your personal site. said I had to email u 4 it. please reply! cunt wait".

On the same date, in Albany, Georgia, Special Agent Brant received an email from "Frank McCoy" at <mccoyf@millcomm.com> stating:

> I'd love to give it to you.
> Unfortunately, at the moment I don't HAVE one. ;-{
> I'm using the kid's high-speed ISP; and had to drop my account
> at Earthlink.
> Without a job, it got too expensive.
>
> It's more than I really can afford just to maintain my old email
> addy.
>
> However, I *Do* still maintain a copy.
> If *really* interested, I suppose I could zip up a copy of the
> whole thing
> and send THAT to you.
>
> You could then put the files in an unused directory and open it
> with
> Netscape or OE as a file instead of a URL.
>
> It's not much: Just an (old) copy of my resume, some (mainly
> out-of-date

5

now) links to websites I found interesting, a few poems (most of which I wrote) and one game written as an example of how to program in JavaScript.  TicTacToe.

Oh yeah ... and a description of me, too. Not much there, really.

Sorry. It used to be that I had requests all the time. You're the first one to ask in over a month; so I haven't bothered to find an alternative place to put the site.

As for my stories, try: http://www.young-stuff.com/frank/ Or: ftp://ftp.asstr.org/pub/Authors/Frank_McCoy/index.HTM Or http://www.mrdoubleena.com/htm/frank/index.htm

Right now, the young-stuff site is not *nearly* as up-to-date. The ASSTR site is the one I personally update all the time.

On the same date SA Brant sent a reply which stated "im sorry to hear of you losing your job.  that really suks, i've been in that boat b4 and wish u luck.  i woudl love to get a copy of ur old site.  if u could zip it to me I wuld apprecate it. good luck."

On the same date SA Brant received an email from Frank McCoy at mccoyf@millcomm.com> stating:  "Attached: Make sure and try the ASSM site for all the newest stories."  Attached to the mail was a file named site.zip.  Within

this zip file were other files, including a resume, which stated in part:

"I spend most of my spare time reading, browsing the Web and the computer, which I maintain/upgrade myself, and voraciously read Electronics magazines, from EDN, EET, Electonics Design, and as many others as I can either get for free, or afford subscriptions to."

SA Brant identified the company "EarthLink, Inc.," in Atlanta, Georgia, as the Internet Service Provider of the email address mccoyf@millcomm.com. An affidavit of Candida Gibson, a custodian of records for EarthLink, authenticates certain records which will be admitted into evidence at trial.  These records to be authenticated by affidavit are Government Exhibits B1, B2, B3 and B4.  These records provided the following subscriber information pertaining to the user/owner of the email account:

```
Account:    Frank McCoy
Address:    9694 Parkington
City:  Elk River
St:         MN
Zip:        55330
Email       mccoyf@millcomm.com
Signed Up:  03/12/01
Home:       (612) 441-6825
```

Thus, there will be abundant proof at trial that defendant McCoy, residing in Minnesota, caused the materials at issue to be transported in inter-state commerce via the internet.

On May 5, 2005, Sheriff's Deputy Ankney, Wright County, Minnesota,

Sheriff's Office responded to a call at 9694 Parkington Avenue NE, Otsego, Minnesota.  Deputy Ankney is expected to testify at trial.  Eileen McCoy stated that her husband, Frank McCoy, had a collection of pornography and that some of the pornography was child-related.  Mrs. McCoy showed Deputy Ankney a three-ring binder that she stated contained stories that her husband wrote.  Deputy Ankney reviewed the binder and saw it contained stories very graphic in nature and were about children in acts with adults.  During the interview of Mrs. McCoy, Frank McCoy returned to the residence.  Mr. McCoy admitted to Deputy Ankney that he writes articles about sex and children and that he posts these articles on the Internet.  Deputy Ankney filed a report concerning the incident.  He is expected to testify at trial.  (Mrs. McCoy has not been subpoenaed by the government).

On November 17, 2005, SA Brant obtained a federal search warrant from the magistrate court in Albany, Georgia, for the www.young-stuff.com  website being hosted in Houston, Texas, by "Everyone's Internet, Inc."  This entity is now a wholly-owned subsidiary of "The Planet, Inc."  The affidavit authenticating the records refers to both entities.  This affidavit and notice of intent to authenticate records have been filed on ECF.   Information received from Everyone's Internet, Inc., in response to the search warrant showed that the www.young-stuff.com and the contents of the web-site resided on a server located in Houston, Texas.

On March 10, 2006, SA Brant, in an undercover capacity, sent an email to the email address mccoyf@millcomm.com  stating:

> I don't' know if you member me but I talked to you a cuple of months ago about ur young stuff website.  I'm from Albany, Georgia if that helps you remember.  I see that the site was down.  What happened?  Do you have any of the hte files left that you can send me so I can save it or did the site move.  Please let me know!

On the same date, SA Brant received an email response from "Frank McCoy" at  <mccoyf@millcomm.com>  stating:

> For my stories, try:
> ftp://ftp.asstr.org/pub/Authors/Frank_McCoy/index.htm
> Or
> http://www.mrdoubleena.com/htm/frank/index.htm
>
> The asstr site is *always* the best spot to find my stories.
> Always; because I personally keep it up-to-date.
> Usually the stories are there *before* I post them on the newsgroups.
> Usually ...  Not always though.
> I try.

On August 8, 2006, while located in Albany, Georgia, SA Brant accessed the website links the defendant provided in his email of March 10, 2006.  SA Brant downloaded 2,415 pages of stories from the defendant's links.  These stories were provided in discovery to the defense on August 20, 2008.

Among the stories downloaded by SA Brant in Albany, Georgia, on both

March 22, 2005 and August 8, 2006, was "First Cousin" by "Mutznutz" (filename: 1stcousn.txt).  It begins with the following introductory paragraph (written by Frank McCoy):

> Supposedly, this is a true story.  I make no judgments on that: I'm simply telling you, as it was told to me.  It SOUNDS real anyway; unlike so many so-called "first time" stories.  The frustrations we all knew as we struggled to get our first sex are all here.  In any case, it makes a good story, whether true or not. At least I enjoyed reading it.

On January 11, 2008, defendant McCoy was arrested on the instant indictment.  SA Jared Drengson, DHS-ICE, assisted in the arrest.  SA Drengson is expected to testify at trial.  The defendant was arrested at his residence on Parkington Avenue, N.E. in Otsego, Minnesota.   The defendant consented to a search of his residence and executed a written consent form.  The agents seized one laptop computer, two desktop computers, other computer media and various hard copy documents.  The defendant volunteered to show the agents that the desktop computer was the one he used to write his stories on and also gave the agents the two compact disks that the defendant stated had copies of his stories on them.  The defendant also showed the agents a box of hard copy papers containing stories he had written in the past. While was being transported to the United States Marshals Service in Minneapolis, The defendant state that he was surprised this [his arrest]

hadn't happened a couple of years ago and that the put the stories on the internet to

create a stir.

The computer media seized from the defendant on January 11, 2008, were

shipped to SA Brant in Atlanta.  Thereafter, mirror image copies of the computer

media were made by DHS-ICE in Atlanta, and were sent to the Department of

Justice High Technology Investigative Unit for examination by Jim Fotrell.

Thousands of images of child pornography were found on the defendant's

computer media, in addition to the stories.  This evidence of child pornography

will not be tendered into evidence in the government's case in chief.

Respectfully submitted this 7th  day of January, 2010.

G.F. PETERMAN, III
ACTING UNITED STATES ATTORNEY


        /S/
By:    _____
        JIM CRANE
        ASSISTANT U. S. ATTORNEY
        CHANTEL FEBUS
        DEPT. OF JUSTICE CRIMINAL DIVISION

ADDRESS:

Post Office Box 366
Albany, Georgia 31702
Tele: (229) 430-7754
FAX: (229) 430-7766

CERTIFICATE OF SERVICE

I, Jim Crane, Assistant United States Attorney, hereby certify that on the 7th  day

of January, 2010, I electronically filed the within and foregoing Bench Memorandum

with the United States District Court for the Middle District of Georgia using the

CM/ECF system which will send  notification of such filing to the following:

> Ms. Cynthia Roseberry
> Mr. Morad Fakhimi
> Federal Defenders of MDGa.
> Attorneys for defendant

> /s/
> BY:  _____
> Jim Crane
> Assistant United States Attorney
> United States Attorney's Office

13

14