**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

FILED

2010 JAN 11 PM 2 45

_WKS_
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :CRIM.  NO:1:07-CR-18 (WLS) |
| vs. | : |
| | : |
| FRANK RUSSELL McCOY | : 18 U.S.C. § 1462 |
| | : |

## JOINT STIPULATIONS OF FACT

COME NOW, the United States of America, by and through the United

States Attorney for the Middle District of Georgia, and the defendant, by and

through counsel, the Federal Defender of the Middle District of Georgia,  and

jointly stipulate and file this stipulation of fact as follows:

The following stipulations may be accepted by the Court as finder-of-fact in

the trial of the above-captioned matter as proved beyond a reasonable doubt

without need for extended testimony.

**First Stipulation:**

(1) Mr. McCoy herewith stipulates that on March 22, 2005, Agent Brant, in

an undercover capacity sent an email to mccoyf@millcomm.com. (_See_ United

States' Bench Memorandum, Doc. # 141 at 5).

Defendant's initials: _____
Defense Counsel's initials: _____                    1

AUSA's initials: _____

(2) Mr. McCoy herewith stipulates that mccoyf@millcomm.com is, and has been at all times relevant to this case, his email address.

(3) Mr. McCoy herewith stipulates that in responding to Agent Brant's email of March 22, 2005 (on the same date) that he gave, by means of electronic communication, to Agent Brant links to the three web addresses specified in the Indictment (Doc. # 1).

(4) Mr. McCoy herewith stipulates that on March 22, 2005, government agents accessed and downloaded the contents of one of the three web addresses specified in the indictment (www.young-stuff.com/frank) which consisted of 3,090 pages of stories (as asserted in United States' Bench Memorandum, Doc. # 141 at 3).

(5) Mr. McCoy herewith stipulates that on March 10, 2006, Agent Brant, in an undercover capacity, sent another email to mccoyf@millcomm.com. (*See* United States' Bench Memorandum, Doc. # 141 at 9); and that on the same day Mr. McCoy responded by providing two web addresses , specified in the Indictment, where his stories were located (ftp.asstr.org/pub/Authors/Frank_McCoy/index.htm and www.mrdoubleena.com/htm/frank /index.htm) (United States' Bench

Defendant's initials: _____
Defense Counsel's initials: _____        2        AUSA's initials: _____

Memorandum, Doc. #141 at 9).

(6) Mr. McCoy herewith stipulates that on August 8, 2006, while located in Albany, Georgia, Agent Brant accessed one of these web sites from which he downloaded 2,415 pages of stories.

(7) Mr. McCoy herewith stipulates that when he provided web addresses in his emails of March 22, 2005, and March 10, 2006, to Agent Brant that Mr. McCoy knew that Agent Brant would use an interactive computer service (as defined in section 230(e)(2) of the Communications Act of 1934 [47 USCS § 230(e)(2)]), for carriage or transportation of the stories to be found at those web addresses, in interstate or foreign commerce.

(8) Mr. McCoy herewith stipulates that when he provided web addresses in his emails of March 22, 2005, and March 10, 2006, to Agent Brant that Mr. McCoy knew that the materials that would be transported as a result of those emails were of a sexually explicit nature.

(9) Mr. McCoy herewith stipulates that he is the author, or in a few cases, the editor of all of the stories tendered by the government as discovery in this case.

**Second Stipulation:**

Defendant's initials:_____

Defense Counsel's initials: _____    3    AUSA's initials: _____

(1) As to the third website specified in the Indictment,

www.mrdoubleena.com/htm/frank /index.htm, the Defendant engaged in

electronic communications with the website operator at

www.mrdoubleena.com/htm/frank/index.htm regarding the defendant's stories

located on young-stuff.com/frank and

ftp.asstr.org/pub/Authors/Frank_McCoy/index.htm and instructed that website

operator to access and download the defendant's stories from those websites and

to upload those stories to  www.mrdoubleena.com/htm/frank/index.htm.

So stipulated and agreed:

_____
FRANK R. McCOY, DEFENDANT,

this //th day of January , 20/0.

_____
CYNTHIA ROSEBERRY
FEDERAL DEFENDER

_____
MORAD FAKHIMI
ASSISTANT FEDERAL DEFENDER
COUNSEL FOR THE DEFENDANT

_____
CHANTEL FEBUS
TRIAL ATTORNEY,
DEPT. OF JUSTICE-CEOS

Defendant's initials: _____
Defense Counsel's initials: _____

4

AUSA's initials: _____

_____

JIM CRANE
ASSISTANT U.S. ATTORNEY

this _11th_ day of _January_, 20_10_.

Defendant's initials: _____

Defense Counsel's initials: _____

5

AUSA's initials: _____