Filed at _3:15 P_ M
_1/23_, 20 _14_
BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | NO. 1:07-CR-00018- (WLS) |
| FRANK RUSSELL MCCOY | |

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW the undersigned Probation Officer presenting an official report upon the conduct of the above-named defendant who was placed under pretrial release by Richard Hodge, U.S. Magistrate Judge, on the 23rd day of January, 2008, pursuant to an Order Setting Conditions of Release (doc. 15).

The undersigned shows to the court that the defendant has violated conditions of release in the following manner:

1. The pretrial releasee has failed to refrain from violation of the law, in violation of the standard condition number one. On or about January 10, 2014, the pretrial releasee committed the offense of Possession of Child Pornography.

WHEREFORE, it is prayed that **the Clerk issue a Bench Warrant for the arrest of the defendant to bring him before the Court to answer these allegations**, and that the Court inquire into the allegations hereinabove set forth to determine whether the Order of Release ought to be **revoked**.

I declare under penalty of perjury that the foregoing is true and correct, this 23rd day of January, 2014.

_Anthony Lindsey_
Anthony W. Lindsey
U.S. Probation Officer